# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

ANDREW LOVATO,

   Plaintiff,

vs.           No.  1:20-CV-01217 JAP/KK

THE BOARD OF TRUSTEES OF
LUNA COMMUNITY COLLEGE,
LUNA COMMUNITY COLLEGE,
RICKY SERNA, in his individual capacity,
MATT CORDOVA, in his individual capacity, and
MIKE JARAMILLO, in his individual capacity,

   Defendants.

### STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANTS RICKY SERNA, MATT CORDOVA AND MIKE JARAMILLO PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

COME NOW Plaintiff Andrew Lovato, by and through counsel of record, Pia Gallegos Law Firm, P.C. (Pia Gallegos, Esq.) and Steven K. Sanders & Associates L.L.C. (Steven K. Sanders, Esq.); Defendants The Board of Trustees of Luna Community College and Luna Community College, by and through counsel of record, Quiñones Law Firm LLC (Carlos M. Quiñones, Esq.); and Defendants Ricky Serna, Matt Cordova and Mike Jaramillo, by and through counsel of record, Coppler Law Firm, P.C. (Gerald D. Coppler, Esq.), and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby submit this Stipulated Dismissal With Prejudice of Defendants Ricky Serna, Matt Cordova and Mike Jaramillo in the above-captioned cause.

This Stipulated Dismissal with Prejudice of Defendants Ricky Serna, Matt Cordova and Mike Jaramillo has the effect of leaving as the only named Defendants in

this action the Board of Trustees of Luna Community College and Luna Community College.

WHEREFORE, the parties in this action respectfully submit this Stipulated Dismissal With Prejudice of Defendants Ricky Serna, Matt Cordova and Mike Jaramillo, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

**Respectfully Submitted and Approved By:**

**PIA GALLEGOS LAW FIRM, P.C.**

__ Electronically Approved 5-27-2021_____
Pia Gallegos, Esq.
116 14th Street SW
Albuquerque, NM 87102
(505) 842-8484

and

**STEVEN K. SANDERS & ASSOCIATES L.L.C.**

__ Electronically Approved 5-27-2021_____
Steven K. Sanders, Esq.
820 Second Street NW
Albuquerque, NM 87102
(505) 243-7170
*Attorneys for Plaintiff Andrew Lovato*

**QUIÑONES LAW FIRM LLC**

Electronically Filed /s/ Carlos M. Quiñones
Carlos M. Quiñones, Esq.
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM  87505
(505) 992-1515    (505) 992-1714 (fax)
*Attorney for Defendants The Board of Trustees of Luna Community College and Luna Community College*

**COPPLER LAW FIRM, P.C.**

__ Electronically Approved 5-18-2021_____
Gerald A. Coppler, Esq.

2

645 Don Gaspar Ave.
Santa Fe, NM 87505
(505) 988-5656
*Attorneys for Defendants Ricky Serna, Matt*
*Cordova and Mike Jaramillo*