## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

**ANDREW LOVATO,**

    **Plaintiff,**

**vs.**                                                No. 1:20-CV-01217 JAP/KK

**THE BOARD OF TRUSTEES OF**
**LUNA COMMUNITY COLLEGE,**
**LUNA COMMUNITY COLLEGE,**

    **Defendants.**

### JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff Andrew Lovato, by and through counsel of record, Pia Gallegos Law Firm, P.C. (Pia Gallegos, Esq.) and Steven K. Sanders & Associates L.L.C. (Steven K. Sanders, Esq.); and remaining Defendants The Board of Trustees of Luna Community College and Luna Community College, by and through counsel of record, Quiñones Law Firm LLC (Carlos M. Quiñones, Esq.), and do hereby jointly move this Court for dismissal with prejudice of the above-captioned cause. As grounds therefore, the parties state that they have resolved all disputes and wish to conclude this matter without further litigation.

WHEREFORE, the parties respectfully move this Court for an order dismissing this action with prejudice.

Respectfully submitted,

**QUIÑONES LAW FIRM LLC**

<u>Electronically Filed /s/ Carlos M. Quiñones</u>
Carlos M. Quiñones, Esq.
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM  87505
(505) 992-1515    (505) 992-1714 (fax)
*Attorney for Defendants The Board of Trustees of Luna Community College and Luna Community College*

**APPROVED:**

**PIA GALLEGOS LAW FIRM, P.C.**

<u>  Electronically Approved 6-04-2021         </u>
Pia Gallegos, Esq.
116 14th Street SW
Albuquerque, NM 87102
(505) 842-8484

and

**STEVEN K. SANDERS & ASSOCIATES L.L.C.**

<u>  Electronically Approved 6-04-2021          </u>
Steven K. Sanders, Esq.
820 Second Street NW
Albuquerque, NM 87102
(505) 243-7170
*Attorneys for Plaintiff Andrew Lovato*