IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW LOVATO,

    Plaintiff,

vs.                                                Civ. No. 20-1217 JAP/KK

THE BOARD OF TRUSTEES OF LUNA
COMMUNITY COLLEGE, and LUNA
COMMUNITY COLLEGE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

On June 4, 2021, the parties filed a JOINT MOTION TO DISMISS WITH PREJUDICE, Doc. 29, in which they state that they have resolved all disputes and wish to conclude this matter without further litigation. The Court, having reviewed the Motion, noting it is a joint motion, and being otherwise fully advised in the premises, FINDS that the Motion is well taken and should be GRANTED.

IT IS ORDERED THAT:

1.     The JOINT MOTION TO DISMISS WITH PREJUDICE, Doc. 29, is GRANTED.

2.     This case is DISMISSED WITH PREJUDICE.

3.     All parties must bear their own costs and fees.

_____
SENIOR UNITED STATES DISTRICT JUDGE